JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN RANDOLPH, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, a Governmental Entity, and LOS ANGELES POLICE DEPARTMENT, <br><br> Defendants. | CASE NO. CV15-04153 RGK(ASx) <br><br> **ORDER OF DISMISSAL FOLLOWING SETTLEMENT** |

The Court having been advised by counsel that the above-entitled action has been settled, and the parties having stipulated, it is therefore Ordered that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to **motion the court to enforce the settlement.** This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

Dated: April 29, 2016  _____

U.S. District Judge R. Gary Klausner